IN THE SUPREME COURT OF TEXAS

 No. 11-1107

 IN RE STAte farm mutual automobile insurance co.

 On Petition for Writ of Mandamus

ORDERED:

 1. Relators' motion for emergency stay, filed December 16, 2011,
is granted. The trial setting in Cause No. 2010CI-00042, styled Sioban
Leszczynski, Individually and Personal Representative of the Estate of Avis
Kilbride, Bernard Kilbride, Jr., Liam Kilbride, Sean Kilbride, and Darach
Kilbride vs. State Farm Mutual Automobile Insurance Company, in the 225th
District Court of Bexar County, Texas, is stayed until further order of
this Court.
 2. The real parties in interest are requested to respond to
relators' petition for writ of mandamus on or before January 23, 2012.
 3. The petition for writ of mandamus remains pending before this
Court.

 Done at the City of Austin, this December 22, 2012.

 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Michael A. Cruz, Deputy Clerk